98–2054.  Shemo v. Mayfield Hts.

Cuyahoga App. No. 73241.  This cause is pending as an appeal from the Court of Appeals for Cuyahoga County.  Upon consideration of appellees' motion to strike appellants' motion for reconsideration,

IT IS ORDERED by the court, *sua sponte*, that this court's entry, filed February 17, 1999, granting appellants' motion for reconsideration and allowing the appeal, is vacated.

IT IS FURTHER ORDERED by the court that appellees' motion to strike appellants' motion for reconsideration is denied.

IT IS FURTHER ORDERED by the court, *sua sponte*, that appellees may file a response to appellants' motion for reconsideration within ten days of the date of this entry.

RESNICK and PFEIFER, JJ., dissent.

98–2662.  Columbus Bar Assn. v. Elsass.

Upon consideration of respondent's motion to continue oral argument scheduled for March 30, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, denied.

MOYER, C.J., and LUNDBERG STRATTON, J., not participating.

## DISCIPLINARY DOCKET

95–764.  Cuyahoga Cty. Bar Assn. v. Bernardic.

IT IS ORDERED by this court, *sua sponte*, that David S. Bernardic, Attorney Registration No. 0002468, last known address in Euclid, Ohio, is found in contempt for failure to comply with this court's order of November 8, 1995, to wit:  failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before December 8, 1995.

*Wednesday, March 31, 1999*

## MOTION DOCKET

94–1667.  State ex rel. Kaine v. United Parcel Serv., Inc.

Franklin App. No. 93AP–843.  The appeal of United Parcel Service, Inc., remains pending in this case.  On December 12, 1994, United Parcel Service, Inc., filed a notice of settlement and intent to dismiss this appeal; however, United Parcel Service, Inc., has never filed an application for dismissal of its appeal.

IT IS ORDERED by the court, *sua sponte*, that United Parcel Service, Inc., show cause, within twenty days of the date of this order, why its appeal should not be dismissed.